Joseph Page, in pro per
P.O. Box 757
La Jolla, CA 92038
858 699 6015

FILED

07 NOV 29 AM 8:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP
　　　　　　　　DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Edward Page<br>　　Plaintiff,<br>vs.<br><br>Ann Banks,<br>Christopher Green, and<br>Roes 1 – 10,<br>　　Defendants. | Case No. '07 CV 2254 JM (BLM)<br><br>COMPLAINT FOR<br><br>TRADEMARK INFRINGEMENT,<br><br>CYBERSQUATTING,<br><br>UNFAIR COMPETITION, and<br><br>FALSE ADVERTISING |

Plaintiff Joseph Edward Page ("PAGE") alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for trademark infringement under the Lanham Act, 15 U.S.C. § 1051 *et seq.*; 15 U.S.C. § 1114(a); unfair competition, false advertising under the Lanham Act, 15 U.S.C. § 1125(a); and dilution of a famous mark under the Lanham Act, 15 U.S.C. § 1125(c), arising from Defendant's unauthorized use of PAGE's trademarks: "Couture Today"; and further under the AntiCybersquatting Consumer Protection Act of 1999 ("ACPA"), Pub. L. 106-113 §§3001 et seq. As a federal question, this case is properly heard by the District Courts.

## INTRODUCTION

2. For hundreds of years, the sole body of law in the United States providing for ownership of business names is characterized as Trademark Law. With the advent of the Internet, late coming 'Cybersquatters' are those who decide to ignore and set aside this well established body of law and play by made up rules of the wild, wild west. They attempt to effect 'ownership' of a business name merely by paying a few dollars and registering a name as an Internet domain name. No review, no examination, and no due process, they simply hold other legitimate business operators at high ransom trying to extort monies from them. The case at bar arises between a trademark owner who properly followed proceedure to secure an ownership interest in a business name and a cybersquatter who ignores all provision of trademark law in favor of a misguided belief that registration of a domain name permits them to extort money from those who follow the more cumbersome, expensive, but legitimate path through the USPTO.

## SUMMARY

3. On April 4th, 2007, Plaintiff PAGE registered in the United States Patent and Trademark Office an application having serial number 77149057 for the Trademark "Couture Today".

4. On April 5th, 2007, Plaintiff PAGE registered in the common databases of domain names the domain name: www.couturetoday.net with intent to provide business services including fashion related news reporting and advertising on a website associated with that domain name. PAGE uses the trademark "Couture Today" in conjunction with his website and goods and services offered for sale therein.

5.      On April 23rd, 2007, Defendants, including particularly Defendant GREEN, effected an offer for sale of the domain name "couturetoday.com"; a domain name *identical*, or at least confusingly similar to Plaitiff PAGE's trademark.  On said even date, name servers associated with the domain name 'couturetoday.com' where assigned with records which directed web requests to a 'parked' or 'placeholder' web page and no website was served on the date an offer for sale was made.  As such, Defendant GREEN does not have any trademark rights or other legitimate interests in the domain name; other than to sit and wait until an honest businessman begins to trade on the name whereafter Defendant GREEN can extort monies via the domain name.

6.      Seven months later, on about November 19, 2007 another offer for sale was effected by Defendant Green of same domain name.  On that date, the domain name remained disconnected from any website and continued to have no web site associated therewith.  As such, the domain name was registered and used in bad faith by Defendant GREEN.

7.      On November 26th, 2007 at 14:13 PST, Plaintiff PAGE placed a telephone call to Defendant GREEN to notify GREEN of his intellectual property rights including trademark rights and similar domain names and demanded GREEN tranfer domain name 'couturetoday.com' to PAGE and quit his illegal cybersquatting activities.

8.      In response to that telephone call, exactly one day after on November 27th, Defendants GREEN and BANKS did cause to be served *a new web site* associated with domain name

'couturetoday.com' and the fashion services of Defendant BANKS in a thinly veiled attempt to provide 'legitimacy' to the sham web site.

9.  In bold and promenant letters at the top of a web page the brand 'CoutureToday' is associated with Defendant BANKS purported 'shopping' services – thus constituting infringement of Plaintiff PAGE's trademark.  Defendant BANKS is not actually a 'professional shopper' and the services offered are of such nature they are highly likely to never be consumed by anyone – further indicating the web site is but a bogus scam.

10.  Defendant GREEN is a reknown CyberSquatter squatting on a great plurality of domain names registered, offered for sale, and not in service via any web site.  Some example domain names among the many include: "Anesthesia-Assistant.com"; "Anesthesia-Assistants.com"; "AnesthesiaAssistant.com"; "AnesthesiaAssistant.org"; "AnesthesiaDirectory.com"; "AnesthesiaMeds.com"; "AnesthesiaNews.com"; "AnesthesiaWebHosting.com"; "Anesthesiologist-Assistant.com"; "Anesthetist.com"; "AnesthetistAssistant.com".  These are all domain names of a single group characterized as relating to anesthesiology.

It is not only anesthesiology domain names Defendant GREEN is known to traffic, but rather he also traffics domain names in fashion, and airline industries.  Examples include at least: "couturetoday.com", and "airafare.com".  There are a great plurality of other domain names as GREEN is a longtime profiteer who sits on these registrations waiting for good businessmen to come into his trap whence he serves them with his extortion to exact an unearned profit tending to interupt good and genuine commerce.

11. In a first act of bad faith, Defendant GREEN registered the domain name 'couturetoday.com' with the intention of later transferring the domain to forthcoming businessmen. Defendant GREEN further took this first act of bad faith on Jun 18th, 2000, a time *AFTER* Anticybersquatting Consumer Protection Act was signed into law making special damages available and appropriate.

12. In a second independent act of bad faith, Defendant GREEN has directly refused PAGE's request of him to quit the domain name registration and therefore has prevented the trademark owner from using his mark as a domain name.

13. In a third and independent act of bad faith, Defendant GREEN hurried a website into service in response to Plaintiff PAGE's demands thus further disrupting PAGE's, who is the actual the trademark owner, business.

14. In a forth and independent act of bad faith, Defendants GREEN and Defendant BANKS are presently engaged in attracting consumers via their sham website by creating a likelihood of confusion with regard to Plaintiff's mark.

15. Defendant GREEN has no real, actual, express or legitimate trademark interest in the name: 'Couture Today'

16. Defendant GREEN failed to maintain accurate contact information on records via the "whois" database thus in part concealing his correct identity.

17.    "Couture Today" is not a legal name of Defendant GREEN, Defendant BANKS, or a legal name of any of the businesses they own or operate.

18.    Prior to Novemeber 27, 2007, and dates thereafter, Defendant GREEN did not use the domain name in connection with any bona fide offering of any good or services.

19.    Defendant GREEN does not use "couture today" in conjunciton with any noncommercial or "fair use" activity in a site accessible under the domain name.

20.    Defendant GREEN has repeatedly offered to sell over a period of many months the domain name 'couture today' while the domain remained disconnect with respect to any legitimate web site.

## PRAYER FOR RELIEF

WHEREFORE, Plaitiff PAGE requests *Jury Trial* and the Court:

### I.

Issue findings of fact and conclusions of law that the Defendants and each of them committed the alleged violations of Lantham Act and the AntiCybersquatting Consumer Protection Act.

### II.

Issue orders, in a form consistent with the Federal Rules of Civil Procedure, temporarily, preliminarily, and permanently enjoining each defendant and their officers, agents, Internet service

providers, servants, employees, and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of the order by personal service or otherwise, and each of them, from continuing registration of the domain name 'couturetoday.com'. Further, issue an order transferring registration fo the domain name 'couturetoday.com' to Plaintiff PAGE.

### III.

Award actual damages, in an amout to be determined at jury trial in favor of Plaintiff PAGE.

### IV.

Award recovery of Defendant's profits from all activity taken up as result of publishing a website from Nov 27th 2007.

### V.

Award *enhanced damages* 3 times the actual damages, costs, and attorney's fees.

### VI.

Award Plaintiff Page statutory damages in the amount of $100,000 in lieu of actual damages.

### VII.

Grant such other and further relief as this Court may determine to be just and necessary.

DATED: November 28, 2007

_____  Joseph Page

for, and on behalf of himself

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 144897      - BH

      November 29, 2007
          08:51:39


       Civ Fil Non-Pris
USAO #.: 07CV2254 CIVIL FILING
Judge..: JEFFREY T MILLER
Amount.:                $350.00 CK
Check#.: PC# 1185




Total-> $350.00



FROM: PAGE V. GREEN
      CIVIL FILING
```

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Joseph Edward Page

**DEFENDANTS**
Christopher Green
Ann Banks, and Roes 1-570

FILED
07 NOV 29 AM 8:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:** Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

'07 CV 2254 JM (BLM)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
P.O. Box 757, La Jolla, CA 92038
858 699 6015

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).
15 USC 1051; 1114(a) Lanham Act;
Trademark Infringement; AntiCyberSquatting Consumer Protection Act

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☑ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☑ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $**
**JURY DEMAND:** ☑ YES ☐ NO  Check YES only if demanded in complaint:

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

**DATE** 11/29/07
**SIGNATURE OF ATTORNEY OF RECORD** [signature]

PAID $350 - 11/29/07 BY RCPT # 144897

CR