Summons in a Civil Action (Rev 11/97)

# United States District Court FILED
SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 29 AM 8:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

Joseph Edward Page
Plaintiff,
vs
Ann Banks,
Christopher Green, and
Roes 1-10,
Defendants.

SUMMONS IN A CIVIL ACTION
Case No. 07 CV 2254 JM (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph Page
P.O. Box 757
La Jolla, CA 92038
858 699 6015

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 29 2007
DATE

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)