# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joseph Page
Plaintiff,
vs
Ann Banks,
Christopher Green, and
Roes 1-10,
Defendants.

**FILED**
FEB 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

**'07 CV 2254 JM (BLM)**

I've been 3 time on this add. Already and nobody answered the door. I've heard Radio and tv noises inside of this house more over in the building. Directory appears the family Banks name (Door call #093.)
Sergio Authorized to Post it
1/30/08 9:00 AM
Post

TO: (Name and Address of Defendant)

Ann Banks
801 Three Islands Blvd #211
Hallandale Beach, FL 33009-2883

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph Page
P.O. Box 757
La Jolla, CA 92038
858 699 6015

**Refused to Open Door**

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

NOV 29 2007
DATE

Attorney Services Inc
Received _____ N/A
Served _____ MC
Date _____ 1/30/08  Time _____ 9:00 AM
P.S. _____ Post
P.S. _____
Certified In The _____ 288 _____ Judicial Circuit

Summons in a Civil Action
::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Page 1 of 2

VERIFIED RETURN OF SERVICE
ANN BANKS

UNITED STATES DISTRICT COURT                                CASE: 07 DV 2254 JM (BLM)
THE SOUTHERN DISTRICT OF CALIFORNIA

---

20 DAYS SUMMONS AND COMPLAINT

JOSEPH PAGE

vs.

ANN BANKS, CHRISTOPHER GREEN AND ROES
1-10

---

Pursuant to the request of JOSEPH PAGE, P.O. BOX 757, La Jolla, CA. ATTORNEY SERVICES, INC., received this process on January 25, 1908 at 03:00 P.M.

I, MIRIAM CASTRO served same on **ANN BANKS**, at 801 THREE ISLAND BLVD. APT 211, HALLANDALE, FL 33009 on **JANUARY 30, 2008** at **09:00 A.M.**

INDIVIDUAL SERVICE

By serving the within named person a copy of the above named document(s). FS 48.031(1)

COMMENTS

THE LAST NAME IS ON THE DIRECTORY BOARD; VOICE COULD BE HEARD FROM INSIDE AND NO ONE WOULD COME TO THE DOOR.

I ACKNOWLEDGE that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

Under penalties of perjury, I          ATTORNEY SERVICES, INC.
declare that I have read the           3301 S.W. 137TH AVENUE
forgoing document and that the facts   MIRAMAR, FL 33027
stated in it are true.                 OFFICE (305) 829-2993
February 4th, 2008

MIRIAM CASTRO 1523

INDEX   168113

'07 CV 2254 JM (BLM)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Complaint and Summons was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Frank Herera
Rothstein, Rosenfeldt, Adler
401 East Las Olas Boulevard #1650
Fort Lauderdale, FL 33301

San Diego, CA this 4 day of Feb, 2008

Scott A. Moser
for Plaintiff Joseph Page





Frank Herrera
Partner
Direct Dial: 954.315-7246
fherrera@rra-law.com

January 28, 2008

**VIA U.S. CERTIFIED MAIL and EMAIL**
jpage@josephpage.com and
jpage@intergrityip.com

**SETTLEMENT PURPOSES ONLY**

Joseph Page
P.O. Box 757
La Jolla, California 92038

        Re:    In re www.couturetoday.com –
                USDC SDCA (San Diego), Case No. 07-CV-02254-JM-BLM
                Joseph Page v. Ann Banks, Christopher Green, et. al.
                Our file No: 08-

Dear Mr. Page:

      This firm represents Christopher Green and his mother Ann Banks with respect to all of their intellectual property matters. Your complaint filed in the United States District Court for the Southern District of California has been forwarded to our attention for review and response.

      We first point out that it appears that you filed this action pro se. If you have retained trademark counsel, or intend to retain trademark counsel, then please provide us with contact information. Until we are informed to the contrary, we will presume that you are the person with whom we should correspond.

      As you may be aware, federal litigation is an extremely expensive endeavor and should be a last resort to resolve any dispute. With that in mind, our client has asked that we contact you to impress upon you the severity of your threat.

      It should not surprise you that we find the allegations in your complaint to be completely frivolous. It appears that you have attempted to allege a claim for a violation of the Anti-Cybersquatting Protection Act ("ACPA"). However, your complaint suffers from fatal deficiencies in law and fact.

      As a courtesy, will offer you this one insight as to why your claim will fail, under the ACPA you will have to prove several things. Most vital to your claim, you will have to prove

Reply To: Las Olas City Centre • 401 East Las Olas Boulevard • Suite 1650 • Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 • Fax: (954)527-8663

FORT LAUDERDALE • BOCA RATON • TAMPA • TALLAHASSEE • NEW YORK CITY • LOS ANGELES

www.rra-law.com

that: (1) you own superior trademark rights in "COUTURE TODAY"; and (2) our client registered, trafficked in, or used the domain name www.couturetoday.com in a bad faith attempt to profit. At first blush, it appears that you have no bona fide trademark rights in "COUTURE TODAY" let alone superior trademark rights. Your attempt to create trademark rights by setting up a webpage and filing a trademark application with the United States Patent and Trademark Office ("PTO") are in vain. While you may have recently filed a Statement of Use claiming a first use date of August 15, 2007, we point out that any such claimed use will be construed by the courts as "token use."

Even assuming, *arguendo*, that there is a priority fight over first use between the parties, you will have the daunting task of having to prove our client's bad faith.

Our client registered the domain name www.couturetoday.com on June 18, 2000 approximately seven (7) years before the registration of your domain name www.couturetoday.net on April 5, 2007 and well before your alleged first use of August 15, 2007. Cybersquatting claims arise when a person registers a domain well after the other party began using the same name as a trademark. This is simply not the case here. Further, you will not be able to prove any of the other factors that a court will utilize to construe "bad faith" under 15 U.S.C. §1125(d)(1)(B)(i)(I)-(IX).

Interestingly, it would appear that you have formed a business practice of filing trademark applications with the PTO, most of which have gone abandoned, while some are still pending. Specifically, we noticed that you have filed applications under your own name, Joseph Edward Page, and under the company Integrity News Media, Inc. (a recently created New York corporation) such as "# FLOWER", "*FLOWERS", "Design of a Flower", "FLOWERS and Design of a Flower", "STAR FLOWERS", "888 PATENTS", "888 FLOWERS", and the pending applications "FASHION TOOLS", "SNOWBOARD ANARCHY", "ENHANCED RANDOM", "FASHION ANARCHY", "FASHION FANTASY FORTUNE", and "BIRTHDAY WISHES".

Also, we are certain that the owners of the BARNEYS, GUCCI, CARTIER, MERCEDES, and GARNIER trademarks have not approved your use of their trademarks on your website www.couturetoday.net. This unauthorized usage will be used against you should you proceed in this matter.

We strongly recommend that you consult with a trademark attorney regarding the allegations raised in your complaint. If you proceed with this frivolous matter, we will move to dismiss the complaint on a variety of legal grounds. You should also be aware that if you do not voluntarily withdraw this matter that we will seek all attorneys' fees and costs associated with the defense. To give you an idea, fees and costs with prevailing on motion to dismiss could range from $10,000-$30,000. Since you have filed this matter pro se, we must presume that you have not given full consideration to this matter.

Rest assured that we have local counsel in California ready and able to assist as co-counsel in defending against this matter.