Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joseph Page
    Plaintiff,

vs

Ann Banks,
Christopher Green, and
AnestaWeb Corporation,
    Defendants.

*First Amended Complaint*

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2254 JM (BLM)

TO: (Name and Address of Defendant)

 

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph Page
P.O. Box 757
La Jolla, CA 92038

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 2 1 2008
DATE

By J. PARIS , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)