Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 25 PM 3:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Joseph Edward Palo
Plaintiff,
vs
Ann Barks,
Christopher Green, and
Roes 1-10,
Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2254 JM (BLM)

METRO PROCESS SERVICE
REC'D _____
SERVED _____
DATE 1/31/0__ TIME 11:__
BY _____ #659
CERTIFIED IN THE CIRCUIT COURT OF
JUDICIAL CIRCUIT CERT. #

TO: (Name and Address of Defendant)

Christopher Green
4115 Wimbledon Drive
Cooper City, FL 33026

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph Palo
P.O. Box 757
La Jolla, CA 92038
858 699 6015

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 29 2007
DATE

**C. PUTTMANN**
By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE January 31, 2008 @ 11:55 AM |
| NAME OF SERVER James Berry | TITLE Process Server S.D.S #459 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Darren Berani as Person in Charge of Private Mailbox, in accordance with 4B.031(6)

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: FEB 0 4 2008
Date

Signature of Server

19 W. Flagler Street, Miami, FL 33130
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of California

Case Number: 07 CV 2254 JM (BLM)

Plaintiff:
**JOSEPH EDWARD PAGE**

vs.

Defendant:
**ANN BANKS, ET AL.**

For:
Joseph Page
JOSEPH PAGE
P.O. Box 757
La Jolla, CA 92038

Received by Metro Process Service, Inc. on the **18th day of January, 2008 at 9:00 am** to be served on **CHRISTOPHER GREEN, 5722 S. Flamingo Road, Suite #129, Fort Lauderdale, FL 33330.**

I, James Berry, do hereby affirm that on the **31st day of January, 2008 at 11:55 am**, I:

**SUBSTITUTE** served a true copy of the **Summons and 20 Day/Complaint** with the date and hour of service endorsed thereon by me, to: **DARREN BENARI** as **PERSON IN CHARGE** at the address of: **5722 S. Flamingo Road, Suite #129, Fort Lauderdale, FL 33330**, a private mailbox, in accordance with 48.031 (6)

**Additional Information pertaining to this Service:**
THERE WAS NEVER ANY RESPONSE AT 4115 WIMBLEDON DRIVE, COOPER CITY.

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

James Berry
S.P.S #659

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL 33130
(305) 374-7387
Our Job Serial Number: 2008000297

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f