**HILL, FARRER & BURRILL LLP**
G. Cresswell Templeton III (Bar No. 138398)
   *email: ctempleton@hillfarrer.com*
Gretchen D. Stockdale (Bar No. 221867)
   *email: gstockdale@hillfarrer.com*
300 South Grand Ave
37th Floor - One California Plaza
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 624-4840

**ROTHSTEIN ROSENFELDT ADLER**
Frank Herrera (*pro hac vice* pending)
   *email: fherrera@rra-law.com*
Gustavo Sardiña (*pro hac vice* pending)
   *email: gsardina@rra-law.com*
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Telephone: (954) 522-3456
Facsimile: (954) 527-8663

Attorneys for Defendants ANN BANKS
And CHRISTOPHER GREEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARD PAGE, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>ANN BANKS, an individual; CHRISTOPHER GREEN, an individual; and ROES 1-10,<br><br>           Defendants. | Case No. 07-CV-02254 JM (BLMx)<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 10(b), 12(b)(2), 12(b)(3) AND 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF CHRISTOPHER GREEN AND ANN BANKS; PROPOSED ORDER**<br><br>Ctrm: 16<br>Judge: Hon. Jeffrey T. Miller |

COME NOW, Defendants, Ann Banks and Christopher Green (collectively "Defendants")[1], and pursuant to Rule 10(b), 12(b)(2), 12(b)(3), and 12(b)(6), Fed.R.Civ.P., move to dismiss the First Amended Complaint brought against them on several grounds, namely, lack of personal jurisdiction, improper venue, failure to state a claim upon which relief can be granted, and as a "shotgun pleading." Additionally, Defendants move in the alternative for transfer of this action to the Southern District of Florida.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, the Declarations of Ann Banks and Christopher Green, the papers and pleadings on file in this action and all matters of which this Court may take judicial notice.

Pursuant to Local Rule 7.1(d)(2), Defendants are willing to submit this motion for decision by the Court without oral argument and thus Defendants hereby waive such oral argument.

DATED:   February 27, 2008

By: /s/ Gretchen D. Stockdale
    GRETCHEN D. STOCKDALE

**HILL, FARRER & BURRILL LLP**
G. CRESSWELL TEMPLETON III
GRETCHEN D. STOCKDALE

**ROTHSTEIN ROSENFELDT ADLER**
FRANK HERRERA
GUSTAVO SARDINA

Attorneys for Defendants ANN BANKS and CHRISTOPHER GREEN

---

[1] Defendant Anesta Web, Inc. has not yet been served with the Complaint.