UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case No. 07-CV-2254-JM-BLM

JOSEPH EDWARD PAGE.,

        Plaintiff,

v.

ANN BANKS,
CHRISTOPHER GREEN, and
ROES 1-10

        Defendants.

**DECLARATION OF CHRISTOPHER GREEN
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Christopher Green, hereby declare as follows:

1. I am over the age of 18 and submit this Declaration freely and for all purposes permitted by law. I have personal knowledge of the facts set forth below and can and would testify to the matters set forth in this Declaration.

2. I currently reside in the State of Florida, specifically, at 4115 Wimbledon Drive, Cooper City, Florida 33026.

3. I am a Registered Nurse and am president of Anestaweb, Inc., a Florida company dedicated to providing a directory of articles primarily focusing on the Anesthesiologist Assistant profession.

4. I have not lived in California for approximately twenty (20) years.

5. I have not visited California since I moved away from the State approximately twenty (20) years ago.

6. I own no property in the State of California.

7. I do not make sales, solicit sales, or otherwise engage in business in the State of California.

8. I have not designated an agent to act on my behalf to accept service of process in the State of California.

9. I do not hold any licenses in or with the State of California.

10. I am not employed in the State of California.

11. I have no employees who act on my behalf in the State of California.

12. I keep no bank accounts in the State of California.

13. I own www.couturetoday.com, the website which is the subject of Plaintiff's allegations.

14. Www.couturetoday.com is a purely passive website in the sense that it is no more than an online brochure or advertisement. The website is primarily composed of my mother's credentials and limited contact information. The contact information provided includes a local Florida phone number and the phrase "Ann Banks can be found at: Bal Harbour Shops, Florida." Additionally, the website contains a calendar and a clock as well as certain advertisements which are placed and controlled by Google.com.

15. Visitors to www.couturetoday.com cannot contact me (or anyone else) directly through the website, nor can they find an email address on the website which they might use to contact me. Rather, the only method of contact provided by the website is a local Florida phone number which requires possible consumers to contact me or my mother through means outside use of the website.

16. Visitors to www.couturetoday.com cannot enter into contracts, make purchases, exchange computer files, post comments, send emails, or engage in any other interactive activity through www.couturetoday.com.

17. I have no other contacts with the State of California beyond having lived there twenty (20) years ago.

18. My mother, Ann Banks, does not hold an ownership interest in www.couturetoday.com or have access to alter or control the information thereon.

19. On June 18, 2000 I registered www.couturetoday.com. At that time, I registered the URL with the intention of using the same to create a website which my mother would be able to use to start a business as a personal shopper specializing in women's contemporary high end fashion.

20. I chose the phrase "couturetoday" because I believed that it was descriptive of high end contemporary women's fashion, or today's couture.

21. Approximately seven (7) years later, in April of 2007, Joseph Page first contacted me regarding the possible purchase of a domain name owned by me. On or about November 19, 2007 I was again contacted by Joseph Page repeating his interest in purchasing one of my domain names.

22. On November 26, 2007, after I refused to sell the www.couturetoday.com URL to Mr. Page, demanded that I transfer the www.couturetoday.com to him.

23. At no time prior to April of 2007 was I aware of Mr. Page, nor was I aware of his alleged trademark rights in any mark, much less in and to "COUTURE TODAY" prior to November 26, 2007.

24. At all times since the registration of the www.couturetoday.com URL I have maintained accurate contact information on the "whois" database, and have at no time concealed my identity.

25. At no time have I ever directly sold any domain name owned or held by me.

26. I am not currently, nor have I ever been, in the business of registering domain names which are the same or similar to any distinct or famous mark belonging to another for the purpose of later selling that domain for a profit.

I declare under penalty of perjury that the foregoing is true and corrected.

Executed on this 26th day of February, 2008

Christopher Green