UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case No. 07-CV-2254-JM-BLM

| | |
|---|---|
| JOSEPH EDWARD PAGE., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ANN BANKS, CHRISTOPHER GREEN, and ROES 1-10 | ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF ANN BANKS
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Ann Banks, hereby declare as follows:

1. I am over the age of 18 and submit this Declaration freely and for all purposes permitted by law. I have personal knowledge of the facts set forth below and can and would testify to the matters set forth in this Declaration.

2. I currently reside in the State of Florida, specifically, at 801 Three Islands Boulevard, Unit 211, Hallandale, Florida 33009.

3. I am currently employed by Chanel Boutique in the shops at Bal Harbour Florida.

4. I have not lived in California for approximately twenty (20) years.

5. The last time I was present in California was approximately five (5) years ago. On that occasion I was in California for approximately one week on vacation with my daughter.

6. Prior to the above mentioned visit, I was in California approximately ten (10) years ago to visit a friend and to undergo a cosmetic procedure.

7. I own no property in the State of California.

8. I do not make sales, solicit sales, or otherwise engage in business in the State of California.

9. I have not designated an agent to act on my behalf to accept service of process in the State of California.

10. I do not hold any licenses in or with the State of California.

11. I am not employed in the State of California.

12. I have no employees who act on my behalf in the State of California.

13. I keep no bank accounts in the State of California.

14. I do not own www.couturetoday.com, the website which appears to be the subject of Plaintiff's allegations. However, it is my understanding that my son, Christopher Green, owns the website.

15. My knowledge of www.couturetoday.com is based on my review of the website and communications with my son concerning the development of the same.

16. To my knowledge www.couturetoday.com is a purely passive website in the sense that it is no more than an online brochure or advertisement. The website is primarily composed of my credentials and limited contact information. The contact information provided includes a local Florida phone number and the phrase "Ann Banks can be found at: Bal Harbour Shops, Florida." Additionally, the website contains a calendar and a clock as well as certain advertisements which are placed and controlled by Google.com.

17. Visitors to www.couturetoday.com cannot contact me directly through the website, nor can they find an email address on the website which they might use to contact me. While they can contact me through the phone number provided on the website, such would involve contact beyond the use of www.couturetoday.com.

18. Visitors to www.couturetoday.com cannot enter into contracts, make purchases, exchange computer files, post comments, send emails, or engage in any other interactive activity through www.couturetoday.com.

19. I have no other contacts with the State of California beyond those listed herein.

20. At no time have I initiated communication with Joseph Page.

21. At no time have I offered to sell www.couturetoday.com to Joseph Page (or anyone else).

I declare under penalty of perjury that the foregoing is true and corrected.

Executed on this 26th day of February, 2008

*Ann Banks*

2