**HILL, FARRER & BURRILL LLP**
G. Cresswell Templeton III (Bar No. 138398)
    *email: ctempleton@hillfarrer.com*
Gretchen D. Stockdale (Bar No. 221867)
    *email: gstockdale@hillfarrer.com*
300 South Grand Ave
37th Floor - One California Plaza
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 624-4840

**ROTHSTEIN ROSENFELDT ADLER**
Frank Herrera (*pro hac vice* pending)
    *email: fherrera@rra-law.com*
Gustavo Sardiña (*pro hac vice* pending)
    *email: gsardina@rra-law.com*
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Telephone: (954) 522-3456
Facsimile: (954) 527-8663

Attorneys for Defendants ANN BANKS
And CHRISTOPHER GREEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARD PAGE, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>ANN BANKS, an individual; CHRISTOPHER GREEN, an individual; and ROES 1-10,<br><br>               Defendants. | Case No. 07-CV-02254 JM (BLMx)<br><br>**DEFENDANTS' RE-NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 10(b), 12(b)(2), 12(b)(3) AND 12(b)(6)**<br><br>Date: April 4, 2008<br>Time: 1:30 p.m.<br>Ctrm: 16<br>Judge: Hon. Jeffrey T. Miller<br><br>**NO ORAL ARGUMENT REQUESTED** |

1   PLEASE TAKE NOTICE that on April 4, 2008 at 1:30 p.m., or as soon
2   thereafter as the matter may be heard, in Courtroom 16 of the United States District
3   Court of the Southern District of California, located at 325 W. F Street, San Diego,
4   CA 92101, Defendants Ann Banks and Christopher Green (collectively
5   "Defendants")[1], will and hereby do move the Court the dismiss the First Amended
6   Complaint of Plaintiff Joseph Edward Page pursuant to Federal Rule of Civil
7   Procedure 10(b), 12(b)(2), 12(b)(3), and 12(b)(6).

8   This motion is made on several grounds, namely, lack of personal
9   jurisdiction, improper venue, failure to state a claim upon which relief can be
10  granted, and as a "shotgun pleading."  Additionally, Defendants move in the
11  alternative for transfer of this action to the Southern District of Florida.

12  This motion is based upon this Re-Notice of Motion, the Memorandum of
13  Points and Authorities, the Declarations of Ann Banks and Christopher Green, and
14  the exhibit filed on February 27, 2008, and attached to the original notice of
15  motion, the papers and pleadings on file in this action and all matters of which this
16  Court may take judicial notice.

17  Pursuant to Local Rule 7.1(d)(2), Defendants are willing to submit this
18  motion for decision by the Court without oral argument and thus Defendants hereby
19  waive such oral argument.

---

[1] Defendant Anesta Web, Inc. has not yet been served with the Complaint.

| | |
|---|---|
| DATED: February 29, 2008 | By: /s/ Gretchen D. Stockdale |
| | GRETCHEN D. STOCKDALE |
| | **HILL, FARRER & BURRILL LLP** |
| | G. CRESSWELL TEMPLETON III |
| | GRETCHEN D. STOCKDALE |
| | |
| | **ROTHSTEIN ROSENFELDT ADLER** |
| | FRANK HERRERA |
| | GUSTAVO SARDINA |
| | |
| | Attorneys for Defendants ANN BANKS and CHRISTOPHER GREEN |

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
37TH FLOOR - ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVE
LOS ANGELES, CALIFORNIA 90071-3147