FILED

2008 MAR 18  AM II: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNK_____DEPUTY

Joseph Page
P.O. Box 757
La Jolla, CA 92038
858 699 6015
jpage@josephpage.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of CALIFORNIA

|  |  |
|---|---|
| JOSEPH PAGE | Case No. **07 CV 2254 JM (BLM)** |
| Plaintiff, |  |
|  | **OPPOSITION TO** |
| vs. | **MOTION TO DISMISS** |
| ANN BANKS, | Date: April 4, 2008 |
| CHRISTOPHER GREEN, and | Time: 1:30 pm<br>CTRM: 16 |
| ANESTAWEB Corporation, | Judge:  Hon. Jeffrey T. Miller |
| Defendants. | **Oral Argument Requested** |

Plaintiff PAGE comes now to and hereby does oppose Defendants' Motion To Dismiss scheduled to be heard April 4, 2008 at 1:30 in the afternoon in Courtroom 16.

The motion on several grounds including: lack of personal jurisdiction, improper venue, among others, should be dismissed and the case be heard on the merits.  In the event dismissal is found to be not appropriate, then dismissal *without prejudice* is solicited and Plaitiff hereby moves for leave to amend his complaint such that newly developed information may be included and a more clear and complete pleading might be received by this Honorable Court.

This opposition is based upon the apended **Memorandum of Points and Authority, Declaration of Joseph Page,** and **Exhibits 1 - 12** attached hereto, papers and pleadings on file in

this case, and all matters of which this Court may take judicial notice.

   Pursuant to Local Rule 7.1(d)(2), Plaintiff opposes this motion being heard without oral argument as he believes his position will be more clearly represented with opportunity to directly address the Court and be heard; and thus Plaintiff *does not waive* oral argument.

DATED: March 15, 2008

Joseph Page
March 15, 2008