FILED
2008 MAR 18 AM 11:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| JOSEPH PAGE<br>Plaintiff,<br><br>vs.<br><br>ANN BANKS,<br>CHRISTOPHER GREEN, and<br>ANESTAWEB Corporation,<br>Defendants. | Case No. **07 CV 2254 JM (BLM)**<br><br>**DECLARATION of JOSEPH PAGE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>**CTRM: 16**<br>**Judge: Hon. Jeffrey T. Miller** |

I, Joseph Page do hereby declare and state the following:

1) I am of legal capacity and have personal knowledge of facts set forth here within, and would testify to those matters if called upon to do so.

2) I pointed a computer web browser (Internet Explorer) located in California to the uniform resource locator (URL): https://aajobsearch.com/register/mem_register.asp on March 13, 2008 a copy of that web page is included herewith. (See Exhibit 1).

3) I viewed a business solicitation for a membership account offered for $27 to "get full access to all of the benefits listed" in a sales offer of that web page.

4) I reviewed the "terms of use" by way of the provided hyperlink to learn that California residents are not excluded from purchasing memberships.

5) Thereafter, I clicked the user interactive command button type web control and my browser was automatically forwarded to a another AnestaWeb Inc. web page having a URL of: https://aajobsearch.com/payment/JS_DoJob SeekerPayment.asp , the page having several additional interactive controls including at least: textboxes; dropdown listbox, command buttons, hyperlinks, and

cc

most particularly, a control operable for processing an automatic payment. I effected a sales transaction and purchased said lifetime membership by entering my credit card number and specifying my billing address including the state of California and further my zip code 92038 which is necessarily indicative of my location. (See Exhibit 2)

6) I did not enter "California" in the billing address information via manual text input, but rather I selected state initials "CA" to represent California from a drop-down listbox type web control (See Exhibit 3) having available choices including California provided explicitly by the website designer.

7) After verifying my state as 'California', computer servers controlled by Defendants did not reject my request, but rather responded with affirmation web page having a URL: https://aajobsearch.com/payment/JS_DoJob_SeekerPaymentReceipt.asp, thank you notice, and a transaction ID: LB47217WY4449805 (See Exhibit 4).

8) Thereafter, I browsed to an interactive "job search" page having user configurable search facility for effecting precise searches at http://anesthesiologistassistant.com/searchjobs.asp (See Exhibit 5). Highly interactive web controls specifically those which permit computerized searches based upon jobs located in California were provided - that is, 'California' was explicitly included in the web site design.

9) In a separate and unrelated business offer, presented via the web page having a URL http://anesthesiologistassistant.com/employers/quickpost.asp (See Exhibit 6) I was propositioned with purchase of job posting services for $75. An interactive instant pay feature of the web page did not exclude transactions from California residents – and my impression was that the offer was valid for California residents.

10) I viewed a webpage http://anesthesiologistassistant.com/advertise.asp (See Exhibit 7) which further included a plurality of sales offers relating to advertising services in conjunction with a monthly subscription fee of $500/mo and $750/mo with a proviso for quarterly payment. This web page indicated that a "Christopher Green" personally presents himself for customer support and invites contact with him on his telephone number 954 237-5684.

11) I visited another web page, having the URL: http://anesthesiologistassistant.com/press.asp (See Exhibit 8) and read personal quotations from Defendant Ann Banks who promotes the web enterprise as follows: "we are truly excited about the response Anesthesiologist Assistant.com has received and believe that we can attribute the success to our emphasis on direct communication between employers and anesthesiologist assistant candidates"

12) I browsed further to URL www.AnestaWeb.com/AnestaWeb - About Us.html (see Exhibit 9) and learned that expert professionals (S. Abeles R.N.) in the field recognize AnestaWeb as a "strong and growing **global** ( ) advanced medical technology company".

13) On an enterprise top-level root web page www.AnestaWeb.com (See Exhibit 10), near the top in a very prominent position, I immediately was presented with an offer to buy domain names.

The interactive web control of hyperlink type includes a text label reading "Buy Domain Names Here!", the hyperlink navigation URL was determined to link to www.anestawebstudio.com, another AnestaWeb enterprise business which makes sales offers to all comers - including Californians.

14)     One of the great plurality of AnestaWeb enterprise web pages was viewed by pointing a web browser to http://www.couturetoday.com  (See Exhibit 11), where a web page was presented with at least five important interactive controls including notably: direct hyperlink couplings to at least ten other parts of the AnestaWeb web enterprise - including the root to URL  www.AnestaWeb.com.

15)     I examined the HTML code (see Exhibit 12) associated with that web page to learn of the existence of interactive components including: ad rotator panels (Google Ads); hyperlinks; tool tip windows; continuously updated clocks and calendar; JavaScript modules; among others.  I noticed this page to include many components which are not static but rather highly interactive.

16)     In January 2008, I received from the United States Patent and Trademark Office a "Notice of Allowance" confirming and finalizing an earlier finding of distinctiveness, a necessary element of all registered trademarks for the trademark: "Couture Today" in application 77/149057. (See Exhibit 13)

I declare under penalty of perjury that the forgoing is true and correct.

Joseph Page
March 15, 2008

# Exhibits  - Table of contents

Exhibit 1 – Defendants' web page

Exhibit 2 – Defendants' web page

Exhibit 3 – Defendants' web page

Exhibit 4 – Defendants' web page

Exhibit 5 – Defendants' web page

Exhibit 6 – Defendants' web page

Exhibit 7 – Defendants' web page

Exhibit 8 – Defendants' web page

Exhibit 9 – Defendants' web page

Exhibit 10 – Defendants' web page

Exhibit 11 – Defendants' web page

Exhibit 12 – Web Page HTML code

Exhibit 13 – USPTO Notice of Allowance



Create Your AnesthesiologistAssistant.com Account!
It's Fast and Easy

By creating an account, you will have access to Anesthesiology Assistant Jobs and Contracts and the companies and hiring managers for AA's across the country.

Plus, you will get to post your your CV, so those same hiring managers will be able to find you in their search for exceptional AA candidates.

In addition to this, you will have full access to all of our Anesthesiology resources including ..

- Anesthesiology articles
- Get your questions answered and connect with your peers in our unique Anesthesiology Discussion forums
- Search up-to-date Anesthesiology jobs in your specialty and geographic preference
- Apply to Anesthesiology jobs with one click.
- Create an online Anesthesiology CV, edit it and update it, 24x7
- Control the privacy of your CV
- Set up multiple automatic job search agents by keyword(s)
- Track your job applications
- Save and/or Apply to Jobs

For a minimal investment of only $27 you will receive a lifetime membership to AnesthesiologistAssistant.com and get full access to all of the benefits listed above.

We charge a minimal one time fee to so that we can provide you with the absolute best experience and to protect our site from spammers and others that might degrade the AA profession.

Signup Now to Gain Instant Access
to AnesthesiologistAssistant.com!

Pay Now

Contact Us · Privacy Policy · Terms of Use · Advertising

© AnestaWeb, Inc - All Rights Reserved

Exhibit 1



AnesthesiologistAssistant.com
Anesthesiologist Assistant is The Premier Employment Solutions website for Anesthesia Professionals and Hiring Companies!
AnesthesiologistAssistant.com Lifetime Membership
First Name: Joseph
Last Name: Page
Card Type: Visa
Card Number: 4563310003887639
Expiration Date: 11 2013
Card Verification Number: 133
Billing Address:
Address 1: P.O. Box 757
Address 2: (optional)
City: La Jolla
State: CA
ZIP Code: 92038 (5 or 9 digits)
Country: United States
Amount: $27 USD
Process Your Payment
Contact Us - Privacy Policy - Terms of Use - Advertising
© AnestaWeb, Inc - All Rights Reserved
Date and Time Properties
Date & Time
Time Zone
Internet Time
2008
9:29:16 AM
Current time zone: Pacific Daylight Time
OK
Cancel

# Exhibit 2



AnesthesiologistAssistant.com
Anesthesiologist Assistant is The Premier Employment-Solutions website for Anesthesia Professionals and Hiring Companies !
AnesthesiologistAssistant.com Lifetime Membership
First Name:
Last Name:
Card Type:
Card Number
Expiration Date:
Card Verification Number:
Billing Address:
Address 1:
Address 2:
(optional)
City:
State:
ZIP Code:
(5 or 9 digits)
Country United States
Amount: $27 USD
Process Your Payment
Contact Us - Privacy Policy - Terms of Use - Advertising
© AnestaWeb, Inc - All Rights Reserved

Exhibit 3



Anesthesiologist Assistant Jobs, AA Jobs, AA Locum Tenens - Windows Internet Explorer
https://aajobsearch.com/payment/JS_DoJobSeekerPaymentReceipt.asp
AnesthesiologistAssistant.com
Anesthesiologist Assistant is The Premier Employment-Solutions website for Anesthesia Professionals and Hiring Companies!
Home Login My Profile Search Jobs Post Profile/CV Post Jobs Resources Employer Solutions
Your Payment Transaction Information
Thank you for your payment!
Click Here To Create Your Account and Post Your Resume.
Transaction ID. 4LB47217WY4449805
Amount: USD 27.00
AVS: N
CVV2: M
Click Here To Create Your Account and Post Your Resume.
Contact Us - Privacy Policy - Terms of Use - Advertising
© AnestaWeb, Inc - All Rights Reserved

# Exhibit 4



Anesthesiologist Assistant Jobs, AA Jobs, AA Locum Tenens - Windows Internet Explorer
http://www.anesthesiologistassistant.com/searchjobs.asp
AnesthesiologistAssistant.com
Anesthesiologist Assistant is The Premier Employment-Solutions website for Anesthesia Professionals and Hiring Managers !
Home
Login
My Profile
Search Jobs
Post Profile/CV
Post Jobs
Resources
Employer Solutions
Job Search
[ My Job Search Agents ] [ Post Your CV ]
Fill in any or all of the following search fields and hit the Search Jobs button; or leave all fields empty to see ALL jobs.
Keyword:
Search By Company: All Companies
State: Any Location
Job Category:
Work Preference:
Posted Date:
Display Jobs:
Any Location
Alabama
Alaska
Arizona
Arkansas
California
Canada
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Hawaii
Idaho
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Missouri
Montana
Featured Sponsors
WebMD
Doctor's Updates
Medscape
Men'sHealthONLINE
MDLinx
A Sony Communication Network Group Company
Done
Internet
100%

Exhibit 5



Anesthesiologist Assistant Jobs, AA Jobs, AA Locum Tenens - Windows Internet Explorer
http://www.anesthesiologistassistant.com/employers/quickpost.asp
AnesthesiologistAssistant.com
Anesthesiologist Assistant is The Premier Employment-Solutions website for Anesthesia Professionals and Hiring Managers!
Home Login My Profile Search Jobs Post Profile/CV Post Jobs Resources Employer Solutions
Want to Post a Job Right Now? No need to register or become a member, simply Pay & Post - With a Major Credit Card.
Single Job Posting - $75
Basic Job Posting on AnesthesiologistAssistant.com
Listing in our searchable database of Anesthesiologist Assistants jobs for 60 Days
Exposure of your job postings to our highly targeted Anesthesiologist Assistants professionals.
Fill your Anesthesiologist Assistants job openings faster at a fraction of the cost!
Jobseekers reply directly to your email and contact information.
COST: A AnesthesiologistAssistant.com single job posting is available right now for only $75. On-line with a Visa, MasterCard or American Express. Post Your Job Now!
AnesthesiologistAssistant.com
Single Job Posting
(Sign-up and post your job in Minutes!)
Pay Now
Streamline your recruiting processes to find the best talent on the Internet Our site is specifically niched towards the Top-Notch Professionals in the Industry.
Featured Sponsors
Men'sHealthONLINE
NSU
WebMD
Doctor's Updates

Exhibit 6



Anesthesiologist Assistant Jobs, AA Jobs, AA Locum Tenens - Windows Internet Explorer

http://www.anesthesiologistassistant.com/advertise.asp

AnesthesiologistAssistant.com

Anesthesiologist Assistant is The Premier Employment-Solutions website for Anesthesia Professionals and Hiring Managers!

Home | Login | My Profile | Search Jobs | Post Profile/CV | Post Jobs | Resources | Employer Solutions

## Advertise with Us!

We look forward to helping you place your banner on the #1 ranked Anesthesiologist Assistant website in the USA! Please contact us today as our banner space is limited! Our pricing is listed below

| **Featured Sponsors Banner:** | Paid Quarterly: |
|---|---|
| **Located on HomePage AND All site pages in *rotating* sequence (except Forum) and for a limited time we will also include a same size banner on front page of AnesthesiaAssistant.com!** | $ 500/month |
| **Featured AA Employer:** | Paid Quarterly: |
| **Exclusively located on home page and includes second banner in Featured Sponsors section in rotating sequence! And for a limited time we will also include a same size banner on front page of AnesthesiaAssistant.com!** | $ 750/month |

**Banner Specifications**

1. JPEG or Gif format
2. No larger than 186w x 60h in pixels
3. Can be saved on either our server or a remote server

Customer Support
If you have questions or comments about advertising on AnesthesiologistAssistant.com, please email us or contact:

Christopher Green

Office: 954-237-5684
Fax : 954-237-7857

# Exhibit 7



AnesthesiologistAssistant.com

Anesthesiologist Assistant is The Premier Employment-Solutions website for Anesthesia Professionals and Hiring Managers!

Home | Login | My Profile | Search Jobs | Post Profile/CV | Post Jobs | Resources | Employer Solutions

## Anesthesiologist Assistant Press Room

Who Is AnesthesiologistAssistant.com?

AnesthesiologistAssistant.com Fact Sheet

AnesthesiologistAssistant.com Services

AA PRESS RELEASE

August 2007 – AnestaWeb, Inc. is pleased to announce the launch of AnesthesiologistAssistant.com, a niche job board posting website for Anesthesiologist Assistant professionals. "AnesthesiologistAssistant.com was created with one thought in mind, to offer a unique job posting board exclusively for Anesthesiologist Assistants," said Christopher Green, President and Chief Operating Officer.

In the short weeks after launching AnesthesiologistAssistant.com, employers and AA job seekers have commented positively on the smooth navigation and many resources offered on the site. "AAs are thrilled that they finally have an exclusive place where they can post their resumes for consideration " said Green. As a "members only" site, our website model was designed and programmed with emphasis on keeping our databases of employers and AA candidates as current and up-to-date as possible.

We predict that AA membership will grow steadily over the next few months as more Anesthesiologist Assistants are graduating from Universities throughout the U.S. and Hospitals are learning of the enormous benefit Anesthesiologist Assistants bring to a Hospital's Anesthesia Care Team. "We are truly excited about the response AnesthesiologistAssistant.com has received and believe that we can attribute this success to our emphasis on direct communication between employers and Anesthesiologist Assistant candidates," said Ann Banks, Vice President of AnestaWeb, Inc.

"AnesthesiologistAssistant.com realizes the valuable time spent searching for the right position for both Anesthesiologist Assistants and Hospital hiring managers," said Green. "Anesthesiologist Assistants know that their time will be well spent in our site and their resume is not going to get lost in a sea of unrelated resumes; Hiring managers enjoy coming to us because our niche market can save them on average $12,000, per hire, on recruiting commissions," Continued Green.

Featured Sponsors

Medscape

Men'sHealthONLINE

MDLinx

WebMD

Exhibit 8



AnestaWeb About Us - Real People. Real Information. - Windows Internet Explorer
http://www.anestaweb.com/AnestaWeb_-_About_Us.html
AnestaWeb
Real People. Real Information.
Google
Search
Web
AnestaWeb.com
Mar. 13, 2008
About AnestaWeb
AnestaWeb.com, Real People. Real Information. AnestaWeb is a global dot com company that offers top quality articles written by anyone whohas tips, advice or wisdom to share which guide and educate the global community with the goal to improve quality of life. AnestaWeb also offers multiple portals for the medical profession as well as resources related to the advancement of medical technology.
The company was founded in Hollywood, FL in 1998 as GreenTec Medical, Inc. and later merged with AnestaWeb in 2004 to become GreenTec Medical/AnestaWeb. Shortly after the 2004 merger with GreenTec Medical the name was officially changed to AnestaWeb Corporation.
AnestaWebs' number one goal is to provide top quality, credible, trustworthy articles regarding global current trends. AnestaWeb's articles are written by community experts and designed by qualified webmasters to capture the largest internet audience possible. AnestaWeb strategically promotes the articles which in turn rewards our article writters with a steady flow of internet traffic.
" AnestaWeb.com is gaining recognition on the internet nationwide as a strong and growing global article directory and advanced medical technology company." S. Abeles R.N., MSN
AnestaWeb's Free Article Submission Page
AnestaWeb.com is becoming one of the most popular websites for businesses on the web
Music Video:
SPEED OF SOUND (by Coldplay)
AnestaWeb : Real People. Real Information.
WHAT DOES YOUR
AnestaWeb
Ads by Yahoo!
Free Top Paying Keywords
Build a Adsense
Internet
100%

Exhibit 9



AnestaWeb
Real People. Real Information.
Search
Latest Articles:
AAs:
Antidote for Chronic Lack of Anesthesia Professionals
READ
Medicine
Auto
Parents
Health
Date and Time Properties
Mar. 3, 2008
TOP Global Articles
Travel
Health Insurance
WASTE

Exhibit 10



Couture Today, Fashion Today, Fashion - Windows Internet Explorer
http://www.couturetoday.com/
Couture Today, Fashion Today, Fashion
CoutureToday.com
Ann Banks Fashion Consultant
RENT LUXURY
Rent Handbags
BagBorrowOrSteal.com
11:17:40AM
Ann Banks has been involved in high fashion for over 25 years. She has devoted her life to couture! "Ms. Banks is a personal couture shopper...She will help you transform your closet into an elegant work of art with the finest clothing from around the world!"
Ann Banks can be found at: Bal Harbour Shops, Florida
Contact: 305.608.6161
RENT LUXURY
Search For Your Favorite Couture Today!
Ann Banks Will Help You Find Couture Today From Around The World! Schedule A Consult Today!
Contact: 305.608.6161
A
BANKS
N
Mar. 2008
Sun Mon Tue Wed Thu Fri Sat
Rent Handbags
BagBorrowOrSteal.com
AncestoWeb Auto & Trucks Business & Finance Computers & The Internet Family Issues Food & Drink
Health & Medicine Home Improvement Kids & Teens Legal Matters Marketing

Exhibit 11

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">

<HTML>

 <HEAD>

  <TITLE>Couture Today, Fashion Today, Fashion</TITLE>

  <META NAME="generator" CONTENT="Web Studio, Version 4.0 SP4 for Windows">
  <META NAME="creation-date" CONTENT="Mon, 28 Jan, 2008 09:25:03 PST">
  <META NAME="website-id" CONTENT="WSSITE7D7B11A173D36B0">
  <META NAME="description" CONTENT="Welcome to CoutureToday.com, Ann Banks personal outure shopper,
find elegant clothing, shop with Ann Banks Today!">
  <META NAME="keywords" CONTENT="couture today, couture, fashion, ann banks, couture clothes">

  <style type="text/css">
    p {margin-top:0}
  </style>

  <STYLE TYPE="text/css">
   <!--
     a:link { text-decoration:none; color: white;}
     a:visited { text-decoration:none; color: white;}
     a:hover { text-decoration:none; color: gray;}
   -->
  </STYLE>

  <script language="JavaScript">
  <!--
  function right(e) {
   if ((navigator.appName == 'Netscape' &&
   (e.which == 2 || e.which == 3))
   ||
   (navigator.appName == 'Microsoft Internet Explorer' &&
   (event.button == 2 || event.button == 3)))
   {
    alert("Right Clicks are Disabled");
    return false;
   }
   return true;
  }
  document.onmousedown=right;
  document.onmouseup=right;
  if (document.layers) window.captureEvents(Event.MOUSEDOWN);
   window.onmousedown=right;
  // End -->
  </script>
 </HEAD>

 <BODY BGCOLOR="black" style="margin:0 0 1px 0; height:100%">

     <TABLE width="946" border="0" CELLPADDING="0" CELLSPACING="0" align="center">
```

Exhibit 12

```
<tr>
 <td>
  <DIV ID="CTRDIV" style="position:absolute; padding: 0px; height:100%; width: 946px">
   <DIV ID="BUTOBJ7D81418E25181A52" STYLE=" position:absolute; top:903px; left:52px; width:759px;
height:74px; z-index:0;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG000.GIF" WIDTH=759 HEIGHT=74 BORDER=0>
   </DIV>

   <DIV ID="TXTOBJ7D7B21B121A1771" STYLE=" position:absolute; top:0px; left:58px; width:908px;
height:111px; z-index:1;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Arial; BACKGROUND-COLOR: transparent; BORDER-
RIGHT-WIDTH: 0px" link=#ffffff>
     <FONT color=#fefefe>
      <FONT style="FONT-SIZE: 72pt">
       <EM>Couture</EM>Today.com </FONT>
      </FONT>
     </DIV>
   </DIV>

   <DIV ID="TXTOBJ7D7B21B13191280" STYLE=" position:absolute; top:268px; left:366px; width:438px;
height:110px; z-index:2;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Verdana; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
     <P>
      <FONT style="FONT-SIZE: 12pt" color=#fefefe>
       <EM><FONT style="FONT-SIZE: 12pt">
        <FONT style="FONT-SIZE: 12pt">
         Ann Banks</EM> </FONT>
        has been involved in high fashion for over 25 years. She has devoted her life to couture! "Ms. Banks
is a personal couture shopper...She will help you transform your closet into an elegant work of art with the finest
clothing from around the world!"</FONT>
        </FONT>
       </FONT>
      </P>
     </DIV>
   </DIV>

   <DIV ID="TXTOBJ7D7B21B17A1190" STYLE=" position:absolute; top:409px; left:369px; width:260px;
height:75px; z-index:3;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 12pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Verdana; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
     <P>
      <FONT style="FONT-SIZE: 12pt">
       <FONT style="FONT-SIZE: 12pt" face=Verdana color=#fefefe>
        <FONT style="FONT-SIZE: 12pt">
         Ann Banks can be found at:<BR>
         Bal Harbour Shops, Florida
        </FONT>
        </FONT>
       </P>
```

Exhibit 12

```
      <P>
       <EM><FONT style="FONT-SIZE: 12pt" face=Verdana color=#fefefe>
        Contact: 305.608.6161
       </FONT>
       </FONT>
      </EM></P>
     </DIV>
    </DIV>

    <DIV ID="TXTOBJ7D7B21B1B91670" STYLE=" position:absolute; top:93px; left:72px; width:573px;
height:34px; z-index:4;">
     <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Verdana; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
      <FONT color=#fefefe>
       <FONT style="FONT-SIZE: 20pt">
        Ann Banks Fashion Consultant 
       </FONT>
       </FONT>
      </DIV>
    </DIV>

    <DIV ID="SGROBJ7D7B21B115102421" STYLE=" position:absolute; top:386px; left:689px; width:74px;
height:104px; z-index:5;">
     <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG001.JPG" WIDTH=74 HEIGHT=104 BORDER=0
ALT="Couture, Ann Banks Fashion">
    </DIV>

    <DIV ID="SGROBJ7D7B21B115371B51" STYLE=" position:absolute; top:238px; left:73px; width:284px;
height:372px; z-index:6;">
     <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG002.JPG" WIDTH=284 HEIGHT=372 BORDER=0
ALT="CoutureToday.com">
    </DIV>

    <DIV ID="HTMOBJ7D7C46DB53140" STYLE=" position:absolute; top:130px; left:73px; width:728px;
height:90px; z-index:7;">
     <script type="text/javascript"><!--
     google_ad_client = "pub-5465436790459006";
     google_alternate_color = "3791fd";
     google_ad_width = 728;
     google_ad_height = 90;
     google_ad_format = "728x90_as";
     google_ad_type = "image";
     google_ad_channel ="";
     google_color_border = "FFFFFF";
     google_color_link = "000099";
     google_color_bg = "FFFFFF";
     google_color_text = "0000FF";
     google_color_url = "0000FF";
     //--></script>
     <script type="text/javascript"
      src="http://pagead2.googlesyndication.com/pagead/show_ads.js">
     </script>
```

Exhibit 12

```
        </DIV>

        <DIV ID="SGROBJ7D7C46D1B1921A1" STYLE=" position:absolute; top:130px; left:821px; width:98px;
height:90px; z-index:8;">
         <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG003.JPG" WIDTH=98 HEIGHT=90 BORDER=0
ALT="Couture Today, Fashion">
        </DIV>

        <DIV ID="SGROBJ7D81418D34161573" STYLE="FONT-SIZE: 1 pt;  position:absolute; top:502px; left:377px;
width:292px; height:12px; z-index:9;">
         <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG004.GIF" WIDTH=292 HEIGHT=12 BORDER=0>
        </DIV>

        <DIV ID="HTMOBJ7CE431D143920811C" STYLE=" position:absolute; top:232px; left:703px; width:82px;
height:25px; z-index:10;">
         <SCRIPT LANGUAGE="JavaScript">
           var timerID = null
           var timerRunning = false

           function stopclock()
           {
             if(timerRunning)
               clearTimeout(timerID)
             timerRunning = false
           }

           function startclock()
           {
             stopclock()
             showtime()
           }

           function showtime()
           {
             var now = new Date()
             var hours = now.getHours()
             var minutes = now.getMinutes()
             var seconds = now.getSeconds()
             var timeValue = "" + ((hours > 12) ? hours - 12 : hours)
             timeValue  += ((minutes < 10) ? ":0" : ":") + minutes
             timeValue  += ((seconds < 10) ? ":0" : ":") + seconds
             timeValue  += (hours >= 12) ? "PM" : "AM"
             document.clock.face.value = timeValue
             timerID = setTimeout("showtime()",1000)
             timerRunning = true
           }
         //-->
         </SCRIPT>

         <form name="clock" onSubmit="0">
           <INPUT TYPE="text" NAME="face" SIZE=11 READONLY VALUE ="....Initializing....">
         </form>
```

Exhibit 12

```
<SCRIPT LANGUAGE="JavaScript">
<!--
  startclock()
//-->
</SCRIPT>

</DIV>

<DIV ID="HTMOBJ7D81418D3976D0" STYLE=" position:absolute; top:558px; left:747px; width:29px;
height:28px; z-index:11;">
</DIV>

<DIV ID="TXTOBJ7D81418E02C3E1" STYLE=" position:absolute; top:671px; left:63px; width:210px;
height:92px; z-index:12;">
  <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Verdana; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <FONT style="FONT-SIZE: 12pt" face=Verdana color=#fefefe>
     <FONT style="FONT-SIZE: 12pt">
      <FONT style="FONT-SIZE: 12pt">
       <EM>Ann Banks</EM> Will Help You Find Couture Today From Around The World!  Schedule
A Consult Today!</FONT>
      </FONT>
     </FONT>
    </DIV>
  </DIV>

<DIV ID="TXTOBJ7D81418E802801" STYLE=" position:absolute; top:799px; left:62px; width:217px;
height:20px; z-index:13;">
  <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 12pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Verdana; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <FONT style="FONT-SIZE: 12pt">
     <P>
      <EM><FONT style="FONT-SIZE: 12pt" face=Verdana color=#fefefe>
       Contact:  305.608.6161
      </FONT>
      </EM></P>
     </FONT>
    </DIV>
  </DIV>

<DIV ID="HTMOBJ7D81418E1432F0" STYLE=" position:absolute; top:626px; left:532px; width:229px;
height:181px; z-index:14;">

  <SCRIPT LANGUAGE="JavaScript">

  <!--
  function montharr(m0, m1, m2, m3, m4, m5, m6, m7, m8, m9, m10, m11)
  {
    this[0] = m0;
```

Exhibit 12

```
    this[1] = m1;
    this[2] = m2;
    this[3] = m3;
    this[4] = m4;
    this[5] = m5;
    this[6] = m6;
    this[7] = m7;
    this[8] = m8;
    this[9] = m9;
    this[10] = m10;
    this[11] = m11;
  }

  function calendar()
  {
    var monthNames = "JanFebMarAprMayJunJulAugSepOctNovDec";
    var today = new Date();
    var thisDay;
    var monthDays = new montharr(31, 28, 31, 30, 31, 30, 31, 31, 30,
      31, 30, 31);

    year = today.getYear();
    if (year <= 200)
       year += 1900;
    thisDay = today.getDate();

    if (((year % 4 == 0) && (year % 100 != 0)) || (year % 400 == 0))
      monthDays[1] = 29;

    nDays = monthDays[today.getMonth()];

    firstDay = today;
    firstDay.setDate(1); // works fine for most systems
    testMe = firstDay.getDate();
    if (testMe == 2)
        firstDay.setDate(0);

    startDay = firstDay.getDay();

    document.writeln("<CENTER>");
    document.write("<TABLE BORDER='1' BGCOLOR=White>");
    document.write("<TR><TH COLSPAN=7>");
    document.write(monthNames.substring(today.getMonth() * 3,
      (today.getMonth() + 1) * 3));
    document.write(". ");
    document.write(year);

  document.write("<TR><TH>Sun<TH>Mon<TH>Tue<TH>Wed<TH>Thu<TH>Fri<TH>Sat");
```

Exhibit 12

```
document.write("<TR>");
column = 0;
for (i=0; i<startDay; i++)
{
  document.write("<TD>");
  column++;
}

for (i=1; i<=nDays; i++)
{
  document.write("<TD>");
  if (i == thisDay)
    document.write("<FONT COLOR=\"#FF0000\">")
  document.write(i);
  if (i == thisDay)
    document.write("</FONT>")
  column++;
  if (column == 7)
  {
    document.write("<TR>");
    column = 0;
  }
}
document.write("</TABLE>");
document.writeln("</CENTER>");
}

calendar();
// -->
</SCRIPT>
</DIV>

<DIV ID="TXTOBJ7D81418E161236B1" STYLE=" position:absolute; top:850px; left:71px; width:739px; height:18px; z-index:15;">
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Arial; BACKGROUND-COLOR: transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>

.............................................................................................................................................................
</DIV>
</DIV>

<DIV ID="SGROBJ7D81418D34161573" STYLE="FONT-SIZE: 1 pt;  position:absolute; top:522px; left:397px; width:292px; height:12px; z-index:16;">
<IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG004.GIF" WIDTH=292 HEIGHT=12 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D81418D34161573" STYLE="FONT-SIZE: 1 pt;  position:absolute; top:542px; left:417px; width:292px; height:12px; z-index:17;">
<IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG004.GIF" WIDTH=292 HEIGHT=12 BORDER=0>
</DIV>
```

Exhibit 12

```
<DIV ID="SGROBJ7D68391701A9C1" STYLE=" position:absolute; top:874px; left:686px; width:20px;
height:16px; z-index:18;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG005.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D68391702B1F41" STYLE=" position:absolute; top:874px; left:81px; width:20px;
height:16px; z-index:19;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG006.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D6839170326D1" STYLE=" position:absolute; top:874px; left:136px; width:20px;
height:16px; z-index:20;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG007.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D6839170393E1" STYLE=" position:absolute; top:874px; left:356px; width:20px;
height:16px; z-index:21;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG008.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D68391721D2221" STYLE=" position:absolute; top:874px; left:466px; width:20px;
height:16px; z-index:22;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG009.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D6839173433C1" STYLE=" position:absolute; top:874px; left:631px; width:20px;
height:16px; z-index:23;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG010.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D6839173E1091" STYLE=" position:absolute; top:874px; left:576px; width:20px;
height:16px; z-index:24;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG011.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D6839173181E41" STYLE=" position:absolute; top:874px; left:742px; width:20px;
height:16px; z-index:25;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG012.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D683917322FA1" STYLE=" position:absolute; top:874px; left:191px; width:20px;
height:16px; z-index:26;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG013.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D68391732B1D41" STYLE=" position:absolute; top:874px; left:411px; width:20px;
height:16px; z-index:27;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG014.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
</DIV>

<DIV ID="SGROBJ7D6839173353D81" STYLE=" position:absolute; top:874px; left:246px; width:20px;
height:16px; z-index:28;">
    <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG015.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
```

Exhibit 12

```
        </DIV>

        <DIV ID="SGROBJ7D6839174301" STYLE=" position:absolute; top:874px; left:301px; width:20px;
height:16px; z-index:29;">
         <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG016.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
        </DIV>

        <DIV ID="SGROBJ7D6839174A2131" STYLE=" position:absolute; top:874px; left:521px; width:20px;
height:16px; z-index:30;">
         <IMG SRC="Couture_Today,_Fashion_Today,_F/IMAG017.GIF" WIDTH=20 HEIGHT=16 BORDER=0>
        </DIV>

        <DIV ID="TXTOBJ7D81418E24198C0" STYLE=" position:absolute; top:905px; left:72px; width:72px;
height:17px; z-index:31;">
         <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
          <FONT style="FONT-SIZE: 10pt">
           <A href="http://www.anestaweb.com/">AnestaWeb </A></FONT>
          </DIV>
        </DIV>

        <DIV ID="TXTOBJ7D81418E24198C1" STYLE=" position:absolute; top:905px; left:155px; width:93px;
height:17px; z-index:32;">
         <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
          <A href="http://www.autos-cars-trucks.com/">Auto &amp; Trucks</A></DIV>
        </DIV>

        <DIV ID="TXTOBJ7D81418E24198C2" STYLE=" position:absolute; top:905px; left:269px; width:129px;
height:17px; z-index:33;">
         <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
          <A href="http://www.business-money-finance.com/">Business &amp; Finance</A></DIV>
        </DIV>

        <DIV ID="TXTOBJ7D81418E24198C3" STYLE=" position:absolute; top:905px; left:409px; width:157px;
height:17px; z-index:34;">
         <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
          <A href="http://www.computers-internet-websites.com/">Computers &amp; The Internet</A></DIV>
        </DIV>

        <DIV ID="TXTOBJ7D81418E24198C4" STYLE=" position:absolute; top:905px; left:582px; width:88px;
height:17px; z-index:35;">
         <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
          <A href="http://www.family-topics.com/">Family Issues</A></DIV>
        </DIV>
```

Exhibit 12

```
<DIV ID="TXTOBJ7D81418E24198C5" STYLE=" position:absolute; top:905px; left:688px; width:91px; height:17px; z-index:36;">
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR: transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
<A href="http://www.food-dining-drinks.com/" name="Untitled Link">Food &amp; Drink</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24198C6" STYLE=" position:absolute; top:922px; left:181px; width:121px; height:17px; z-index:37;">
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR: transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
<A href="http://www.health-medicine-wellness.com/">Health &amp; Medicine</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24198C7" STYLE=" position:absolute; top:922px; left:318px; width:128px; height:17px; z-index:38;">
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR: transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
<A href="http://www.home-improvement-renovation.com/">Home Improvement</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24198C8" STYLE=" position:absolute; top:922px; left:455px; width:101px; height:17px; z-index:39;">
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR: transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
<A href="http://www.babies-kids-teens.com/">Kids &amp; Teens</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24198C9" STYLE=" position:absolute; top:922px; left:565px; width:97px; height:17px; z-index:40;">
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR: transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
<A href="http://www.legal-advice-articles.com/">Legal Matters</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24198CA" STYLE=" position:absolute; top:922px; left:675px; width:84px; height:17px; z-index:41;">
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR: transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
<A href="http://www.marketing-topics.com/">Marketing</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24198CB" STYLE=" position:absolute; top:939px; left:138px; width:95px; height:17px; z-index:42;">
```

Exhibit 12

```
<DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.mentopics.com/">Men's Issues</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24198CC" STYLE=" position:absolute; top:939px; left:245px; width:109px;
height:17px; z-index:43;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.onlinebusinesstopics.com/">Online Business</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24199C0" STYLE=" position:absolute; top:939px; left:368px; width:75px;
height:17px; z-index:44;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.parenting-topics.com/">Parenting</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24199C1" STYLE=" position:absolute; top:939px; left:455px; width:132px;
height:17px; z-index:45;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.recreation-sports-articles.com/">Recreation &amp; Sports</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24199C2" STYLE=" position:absolute; top:939px; left:599px; width:193px;
height:17px; z-index:46;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.selfimprovement-motivation.com/">Self Improvement &amp;
Motivation</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24199C3" STYLE=" position:absolute; top:954px; left:163px; width:125px;
height:17px; z-index:47;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.website-promotion-articles.com/">Website Promotion</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24199C4" STYLE=" position:absolute; top:954px; left:302px; width:116px;
height:17px; z-index:48;">
    <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.travel-leisure-articles.com/">Travel &amp; Leisure</A></DIV>
```

Exhibit 12

```
</DIV>

<DIV ID="TXTOBJ7D81418E24199C5" STYLE=" position:absolute; top:954px; left:427px; width:134px;
height:17px; z-index:49;">
  <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.website-development-articles.com/">Website Development</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24199C6" STYLE=" position:absolute; top:954px; left:582px; width:117px;
height:17px; z-index:50;">
  <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.womenstopics.com/">Women's Issues</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E24199C7" STYLE=" position:absolute; top:954px; left:706px; width:71px;
height:17px; z-index:51;">
  <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Times New Roman; BACKGROUND-COLOR:
transparent; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <A href="http://www.writing-help-topics.com/">Writing</A></DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E34CAB0" STYLE=" position:absolute; top:988px; left:289px; width:333px;
height:15px; z-index:52;">
  <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Verdana; BACKGROUND-COLOR: transparent; TEXT-
ALIGN: left; BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <P>
     <FONT style="FONT-SIZE: 8pt" face=Verdana color=#fefefe>
      Copyright 2000 <A href="http://www.couturetoday.com/">CoutureToday.com</A> All rights
reserved.</FONT>
     </P>
    </DIV>
</DIV>

<DIV ID="TXTOBJ7D81418E383A5D1" STYLE=" position:absolute; top:622px; left:65px; width:428px;
height:25px; z-index:53;">
  <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Verdana; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
    <FONT style="FONT-SIZE: 12pt" face=Verdana color=#fefefe>
     <FONT style="FONT-SIZE: 12pt">
      <FONT style="FONT-SIZE: 12pt">
       <FONT style="FONT-SIZE: 12pt">
        <FONT style="FONT-SIZE: 14pt">
         Search For Your Favorite <EM>Couture Today</EM>!</FONT>
        </FONT>
       </FONT>
      </FONT>
```

Exhibit 12

```
                </FONT>
              </DIV>
            </DIV>

       <DIV ID="TXTOBJ7D81418F263D81" STYLE=" position:absolute; top:672px; left:380px; width:51px;
height:70px; z-index:54;">
            <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Arial Black; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
              <FONT style="FONT-SIZE: 36pt" color=#fefefe>
                A
              </FONT>
            </DIV>
          </DIV>

       <DIV ID="TXTOBJ7D81418F21437A0" STYLE=" position:absolute; top:714px; left:306px; width:201px;
height:70px; z-index:55;">
            <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Arial Black; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
              <P>
               <FONT style="FONT-SIZE: 36pt" color=#fefefe>
                BANKS
               </FONT>
              </P>
            </DIV>
          </DIV>

       <DIV ID="TXTOBJ7D81418F41F3D80" STYLE=" position:absolute; top:757px; left:381px; width:59px;
height:70px; z-index:56;">
            <DIV style="BORDER-TOP-WIDTH: 0px; BORDER-LEFT-WIDTH: 0px; FONT-SIZE: 10pt; BORDER-BOTTOM-
WIDTH: 0px; MARGIN: 1px; COLOR: #000000; FONT-FAMILY: Arial Black; BACKGROUND-COLOR: transparent;
BORDER-RIGHT-WIDTH: 0px" link=#ffffff>
              <P>
               <FONT style="FONT-SIZE: 36pt" color=#fefefe>
                N
               </FONT>
              </P>
            </DIV>
          </DIV>

       <DIV ID="HTMOBJ7D7C46DB53140" STYLE=" position:absolute; top:233px; left:803px; width:120px;
height:600px; z-index:57;">
            <script type="text/javascript"><!--
            google_ad_client = "pub-5465436790459006";
            //120x600, created 1/28/08
            google_ad_slot = "5110422061";
            google_ad_width = 120;
            google_ad_height = 600;
            //--></script>
            <script type="text/javascript"
            src="http://pagead2.googlesyndication.com/pagead/show_ads.js">
            </script>
```

Exhibit 12

```
        </DIV>

      </div>
     </td>
    </tr>
   </table>
</BODY>

</HTML>
```

Exhibit 12

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jan 8, 2008

JOSEPH PAGE
PO BOX 757
LA JOLLA, CA 92038-0757

Exhibit 13

**** IMPORTANT INFORMATION: 6 MONTH DEADLINE ****

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have SIX (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of Use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

**The following information should be reviewed for accuracy:**

SERIAL NUMBER: 77/149057
MARK: COUTURE TODAY (STANDARD CHARACTER MARK)

OWNER: Page, Joseph
PO Box 757
La Jolla, CALIFORNIA 92038

This application has the following bases, but not necessarily for all listed goods/services:
Section 1(a): NO Section 1(b): YES Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

045-Providing fashion information
FIRST USE DATE: NONE; USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

'07 CV 2254 JM (BLM)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of **Opposition to Motion to Dismiss; Plaintiff's Memorandum of Points and Authority in Opposition to Motion to Dismiss; Declaration of Joseph Page (with 13 Exhibits); Order** was this date served upon all counsel of record by placing a copy of same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Frank Herera
Rothstein, Rosenfeldt, Adler
401 East Las Olas Boulevard #1650
Fort Lauderdale, FL 33301

San Diego, CA this 17 day of March, 2008.

Scott A. Moser