Joseph Page
P.O. Box 757
La Jolla, CA 92038
858 699 6015
jpage@josephpage.com

FILED
2008 MAR 18 AM 11:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____VNK_____DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| JOSEPH PAGE<br><br>Plaintiff,<br><br>vs.<br><br>ANN BANKS,<br>CHRISTOPHER GREEN, and<br>ANESTAWEB Corporation,<br><br>Defendants. | Case No. 07 CV 2254 JM (BLM)<br><br>REQUEST FOR<br>ENTRY OF DEFAULT<br>AND<br>AFFIDAVIT<br><br>CTRM: 16<br>Judge: Hon. Jeffrey T. Miller |

### REQUEST

To the Clerk of the court,

In accordance with Rule 55(a), it is hereby requested that Default be Entered against Defendant AnestaWeb, Inc. for failure to appear.

### AFFIDAVIT

1) On February 21, 2008 a First Amended Complaint was filed and Summons issued by this Court.

2) On February 26, 2008, 20 day Summons and First Amended Complaint was served on Defendant AnestaWeb, Inc. (See attached Return of Service).

3) Return of Service is filed herewith this Request and Affidavit.

4) No Answer, nor Motion, nor other responsive Pleading has been filed with the time limit fixed by the Court.

DATED: March 18, 2008

Joseph Page
Plaintiff

## ENTRY OF DEFAULT

The default of AnestaWeb, Inc. for failure to appear is entered.

Date: _____

_____
Clerk of the Court

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 2/26/08  1:10 pm |
| NAME OF SERVER James Berry | TITLE Process Server sps #169 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Served Darren Benart as Owner of PVT Mail Box

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: FEB 28 2008
Date

Signature of Server

19 W. Flagler St., Miami FL. 33130
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/87)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joseph Page
Plaintiff,

vs

Ann Banks,
Christopher Green, and
AnestaWeb Corporation,
Defendants.

*First Amended Complaint*

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2254 JM (BLM)

TO: (Name and Address of Defendant)

Anesta Web Inc.
4115 Wimbledon Drive
Cooper City, FL 33026

c/o Christopher Green
5722 S. Flamingo Rd STE 129
Ft Lauderdale FL 33330-206

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph Page
P.O. Box 757
La Jolla, CA 92038

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

FEB 2 1 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 3, 1999 (11:34am)

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of California

Case Number: 07 CV 2254 JM (BLM)

Plaintiff:
**JOSEPH PAGE**

vs.

Defendant:
**ANN BANKS, ET AL.**

For:
Joseph Page
JOSEPH PAGE
P.O. Box 757
La Jolla, CA 92038

Received by Metro Process Service, Inc. on the 25th day of February, 2008 at 9:00 am to be served on **ANESTA WEB INC., 5722 S. Flamingo Road, Suite #129, Fort Lauderdale, FL 33330.**

I, James Berry, do hereby affirm that on the **26th day of February, 2008 at 1:10 pm**, I:

**SUBSTITUTE** served a true copy of the **Summons in a Civil Action and 20 Day/First Amended Complaint** with the date and hour of service endorsed thereon by me, to: **DARREN BENARI** as **OWNER, PVT MAIL BOX** at the address of: **5722 S. Flamingo Road, Suite #129, Fort Lauderdale, FL 33330**, a private mailbox, in accordance with 48.031 (6)

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

James Berry
S.P.S #659

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL 33130
(305) 374-7387
Our Job Serial Number: 2008000989

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.2f

'07 CV 2254 JM (BLM)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **Request and Affidavit for Entry of Default** was this date served upon all counsel of record by placing a copy of same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Frank Herera
Rothstein, Rosenfeldt, Adler
401 East Las Olas Boulevard #1650
Fort Lauderdale, FL 33301

San Diego, CA this 18 day of March, 2008.

*[signature]*
Scott A. Moser