# EXHIBIT A

www.sunbiz.org - Department of State                                                                                        Page 1 of 2



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return To List**
**No Events**          **No Name History**                                   Entity Name Search

## Detail by Entity Name

**Florida Profit Corporation**

ANESTA WEB, INC.

### Filing Information

Document Number  P05000101892
FEI Number       841688451
Date Filed       07/20/2005
State            FL
Status           ACTIVE

### Principal Address

4115 WIMBLEDON DRIVE
COOPER CITY FL 33026 US

### Mailing Address

4115 WIMBLEDON DRIVE
COOPER CITY FL 33026 US

### Registered Agent Name & Address

GREEN, CHRISTOPHER H D
4115 WIMBLEDON DRIVE
COOPER CITY FL 33026 US

Name Changed: 05/02/2006

Address Changed: 05/02/2006

### Officer/Director Detail

**Name & Address**

Title P

GREEN, CHRISTOPHER H CEO
4115 WIMBLEDON DRIVE
COOPER CITY FL 33026 US

### Annual Reports

Report Year   Filed Date
2006          05/02/2006
2007          01/29/2007

### Document Images

01/29/2007 -- ANNUAL REPORT    [View image in PDF format]
05/02/2006 -- ANNUAL REPORT    [View image in PDF format]

07/20/2005 -- Domestic Profit    [View image in PDF format]

Note: This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**   **Return To List**

**No Events**   **No Name History**                    [Entity Name Search]

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# EXHIBIT B

Trademark Electronic Search System (TESS) — Page 1 of 1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Mar 21 04:11:08 EDT 2008*

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# Couture Today

| | |
|---|---|
| **Word Mark** | COUTURE TODAY |
| **Goods and Services** | IC 045. US 100 101. G & S: Providing fashion information. FIRST USE: 20070815. FIRST USE IN COMMERCE: 20070815 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77149057 |
| **Filing Date** | April 5, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 16, 2007 |
| **Owner** | (APPLICANT) Page, Joseph INDIVIDUAL UNITED STATES PO Box 757 La Jolla CALIFORNIA 92038 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COUTURE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| To: | Page, Joseph (jpage@josephpage.com) |
| Subject: | TRADEMARK APPLICATION NO. 77149057 - COUTURE TODAY - N/A |
| Sent: | 7/24/2007 12:31:04 PM |
| Sent As: | ECOM114@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 77/149057

MARK: COUTURE TODAY

*77149057*

CORRESPONDENT ADDRESS:
PAGE, JOSEPH
PO BOX 757
LA JOLLA, CA 92038-0757

GENERAL TRADEMARK INFORMATION:
http://www.uspto.gov/main/trademarks.htm

APPLICANT: Page, Joseph

CORRESPONDENT'S REFERENCE/DOCKET NO:
N/A

CORRESPONDENT E-MAIL ADDRESS:
jpage@josephpage.com

## EXAMINER'S AMENDMENT

ISSUE/MAILING DATE: 7/24/2007

AMENDMENT: In accordance with the authorization granted by applicant on 7/23/2007, the application has been AMENDED as indicated below. Please advise the undersigned immediately if there is an objection to the amendment.

No claim is made to the exclusive right to use "couture" apart from the mark as shown.

/David H. Stine/

Ex B -26-

David H. Stine

Trademark Attorney

Law Office 114

(571)272-9229

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

Ex B -27-

| To: | Page, Joseph (jpage@josephpage.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77149057 - COUTURE TODAY - N/A |
| Sent: | 7/24/2007 12:31:23 PM |
| Sent As: | ECOM114@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 7/24/2007 FOR APPLICATION SERIAL NO. 77149057

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link http://portal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77149057&doc_type=EXA&mail_date=2007072₄ (or copy and paste this URL into the address field of your browser), or visit **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from 7/24/2007.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail TDR@uspto.gov. Please contact the assigned examining attorney with questions about the Office action.

## WARNING
1. The USPTO will NOT send a separate e-mail with the Office action attached.

2. **Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

Ex B -28-

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

The table below presents the data as entered.

| | |
|---|---|
| SERIAL NUMBER | 77149057 |
| LAW OFFICE ASSIGNED | LAW OFFICE 114 |
| NOTICE OF ALLOWANCE | YES |
| EXTENSION OF USE | NO |
| REQUEST TO DIVIDE | NO |
| **MARK SECTION** | |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | COUTURE TODAY |
| **OWNER SECTION (current)** | |
| NAME | Page, Joseph |
| STREET | PO Box 757 |
| CITY | La Jolla |
| STATE | California |
| ZIP/POSTAL CODE | 92038 |
| COUNTRY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | Page, Joseph |
| STREET | PO Box 757 |
| CITY | La Jolla |
| STATE | California |
| ZIP/POSTAL CODE | 92038 |
| COUNTRY | United States |
| EMAIL | jpage@josephpage.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 045 |
| CURRENT IDENTIFICATION | Providing fashion information |
| GOODS AND/OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 08/15/2007 |

Ex B -29-

| | |
|---|---|
| FIRST USE IN COMMERCE DATE | 08/15/2007 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | |
| SPECIMEN DESCRIPTION | The specimen is a web page of fashion news reporting services in conjunction with the mark |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /jp/ |
| SIGNATORY'S NAME | Joseph Page |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 01/23/2008 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jan 23 15:13:05 EST 2008 |
| TEAS STAMP | USPTO/SOU-66.159.194.232-20080123151305839561-77149057-40025ef95c0c452aac59c35132cf112f56-DA-322-20080123145138102304 |

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** COUTURE TODAY
**SERIAL NUMBER:** 77149057

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Page, Joseph, having an address of PO Box 757, La Jolla, California United States 92038, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class 045:
Current identification: Providing fashion information

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/15/2007, and first used in commerce at least as early as 08/15/2007, and is now in use in such commerce. The applicant is submitting one specimen for the class

Ex B -30-

showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) The specimen is a web page of fashion news reporting services in conjunction with the mark.

**Original PDF file:**

**Converted PDF file(s) ( pages)**

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /jp/     Date Signed: 01/23/2008
Signatory's Name: Joseph Page
Signatory's Position: President

RAM Sale Number: 322
RAM Accounting Date: 01/24/2008

Serial Number: 77149057
Internet Transmission Date: Wed Jan 23 15:13:05 EST 2008
TEAS Stamp: USPTO/SOU-66.159.194.232-200801231513058
39561-77149057-40025ef95c0e452aac59c3513
2cf112f56-DA-322-20080123145138102304
Go Back

EX B -31-

# Couture Today

[ Today ] [ Fashion Tools ] [ Fun and Games ] [ Contribute ] [ Our Friends ] [ Membership ]



### Changing leaves, changing clothes
Fall into the new season with a basic autumn wardrobe.
*by Emily Vizzo*

Summer is over, and as the days get cooler it is time to think about constructing an autumn wardrobe that reflects the rich colors and snuggly textures of the season.

**Do some thinking**
1. Make a list of your usual work, casual and formal activities to get a clear picture of what you need. Carefully consider weather, color, texture and style.
2. Choose a palette that flatters your coloring and responds to your preferences and needs. Black, white, browns and grays are great neutrals.
3. Make certain that as many items as possible work with one another so you can make the most of your wardrobe.



**Choose your essentials**
1. Select at least two pairs of slacks that will work at the office and at semicasual occasions. Select black, lightweight slacks and ones in camel or gray wool for an essential foundation (a black pantsuit will give you two ultra-basic pieces).
2. Choose a great, classic white silk, linen or pure cotton blouse. A blouse, either under a sweater or by itself, can contribute to a variety of outfits.
3. Acquire skirts in neutral colors and various lengths.

Site map    Advertising    Jobs    Legal    About Us    Contact    Investors    Help



Barneys   GUCCI   Cartier   (Mercedes-Benz)   GARNIER

© Copyright - Integrity News Media Inc. 2007 All rights reserved

Ex B - 32 -

## FEE RECORD SHEET

Serial Number: 77149057

RAM Sale Number: 322

RAM Accounting Date: 20080124

Total Fees: $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20080123 | $100 | 1 | $100 |

Transaction Date: 20080123



Ex B -33-