## CERTIFICATE OF SERVICE

I, Susie Pierce, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 300 South Grand Avenue, 37th Floor, Los Angeles, California 90071-3147. On March 27, 2008, I served the within documents:

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR MOTION TO TRANSFER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ electronically by using the Court's ECF/CM System

Joseph Edward Page
P.O. Box 757
La Jolla, California 92038
(858) 699-6015

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 27, 2008, at Los Angeles, California.

_____
Susie Pierce

HFB 785634.1 B0969002