1

2  Joseph Page
   P.O. Box 757
3  La Jolla, CA 92038
4  858 699 6015
   jpage@josephpage.com
5

6

FILED

08 APR -4  AM 9: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



BY ___

NUNC PRO TUNC

MAR 2 6 2008

7

8       **UNITED STATES DISTRICT COURT**

9       **SOUTHERN DISTRICT of CALIFORNIA**

10

11   JOSEPH PAGE                          Case No. **07 CV 2254 JM (BLM)**

12   Plaintiff,

13                                        **NOTICE OF TRADEMARK**

14   vs.                                  **REGISTRATION NUMBER**
                                          **ASSIGNMENT**
15
                                          **IN SUPPORT OF OPPOSITION TO**
16   ANN BANKS,                           **MOTION TO DISMISS**

17   CHRISTOPHER GREEN, and

18   ANESTAWEB Corporation,               **Date: April 4, 2008**
                                          **Time: 13:30**
19   Defendants.                          **CTRM: 16**
                                          **Judge:  Hon. Jeffrey T. Miller**
20

21

22

23     Plaintiff PAGE does hereby inform the Court of action taken by the United States Patent and

24   Trademark Office.  On March 25th, this even date, Plaintiff's mark "Couture Today" was placed

25   upon the principal register and assigned the Reg. No. 3,402,770.  A copy of a notice provided by

26   the Trademark Office is attached hereto.

27     This information is being brought to the attention of the Court as a portion of the matter set for

28   hearing on April 4th, 2008 may depend upon this number having been issued.  In Plaintiff's

     argument to oppose dismissal of a cause of action for trademark infringement, the mark in question

was until today noted as merely a *pending trademark application*.  As of today, the trademark is completely 'registered' in view of language used in the statute, and "Joseph Page" is the legal 'registrant'.


DATED:     March 25, 2008


                                                          Joseph Page

**Int. Cl.: 45**

**Prior U.S. Cls.: 100 and 101**

**United States Patent and Trademark Office**

Reg. No. 3,402,770

Registered Mar. 25, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# Couture Today

PAGE, JOSEPH (UNITED STATES INDIVIDUAL)

PO BOX 757

LA JOLLA, CA 92038

　FOR: PROVIDING FASHION INFORMATION, IN CLASS 45 (U.S. CLS. 100 AND 101).

　FIRST USE 8-15-2007; IN COMMERCE 8-15-2007.

　THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

　NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COUTURE", APART FROM THE MARK AS SHOWN.

　SN 77-149,057, FILED 4-5-2007.

DAVID H. STINE, EXAMINING ATTORNEY