# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 APR 15 PM 2:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

*Processing for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Miller
FROM: J. Paris, Deputy Clerk    RECEIVED DATE: 4/10/08
CASE NO.: 07cv2254    DOCUMENT FILED BY: Joseph Page
CASE TITLE: Page v. Banks, et al.
DOCUMENT ENTITLED: Opposition

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: No Proof of Service |

Date forwarded: 4/10/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE
**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: 4/14/08    By: _____
cc: All Parties

Joseph Page 
P.O. Box 757
La Jolla, CA 92038
858 699 6015
jpage@josephpage.com

**REJECTED**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| JOSEPH PAGE<br>Plaintiff,<br><br>vs.<br><br>ANN BANKS,<br>CHRISTOPHER GREEN, and<br>ANESTA WEB Inc., a Florida corporation,<br>Defendants. | Case No. **07 CV 2254 JM (BLM)**<br><br>OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND ALTERNATIVE MOTIONS TO DISMISS; POINTS AND AUTHORITY RELATED TO SAME<br><br>Date: April 25, 2008<br>Time: 13:30<br>CTRM: 16<br>Judge: Hon. Jeffrey T. Miller<br><br>**Oral Argument Requested** |

   Plaintiff PAGE comes now to and hereby does oppose Defendant's motion to set aside default and plurality of motions to Dismiss.

   This Opposition is based upon integrated Memorandum of Points and Authority, and exhibits, papers and pleadings already of record, and matters of which this Court may take judicial notice.

Opposition to Motion to Set Aside Default

1