Joseph Page
P.O. Box 757
La Jolla, CA 92038
858 699 6015
jpage@josephpage.com



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| JOSEPH PAGE<br><br>Plaintiff,<br><br>vs.<br><br>ANN BANKS,<br>CHRISTOPHER GREEN, and<br>ANESTAWEB Corporation,<br><br>Defendants. | Case No. 07 CV 2254 JM (BLM)<br><br>EX-PARTY MOTION FOR LEAVE TO ELECTRONICALLY FILE |

Plaintiff PAGE now seeks leave to electronically file – via the court's electronic case filing systems. In accordance with the this Court's Electronic Case Filing Administrative Policies and Procedures Manual at Section 2 (b) – Pro Se Litigants, PAGE does hereby state and affirm that sufficient computer software and hardware are available to PAGE and he requests leave to file all papers in this case which can be filed electronically.

DATED:   April 17, 2008

Joseph Page

