**Page**                                                                 **07cv2254-JM(BLM)**

**-v-**

**Banks, et al**

**DOCUMENT STRICKEN PER ORDER (DOC#28)**

**26**