# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PAGE,<br><br>                              Plaintiff,<br>vs.<br><br>ANN BANKS; CHRISTOPHER GREEN; and ANESTA WEB CORPORATION,<br><br>                              Defendants. | CASE NO. 07cv2254 JM(BLM)<br><br>ORDER STRIKING DOCUMENT AND VACATING HEARING DATE |

Defendant Anesta Web Corporation ("Anesta") filed a Motion for Clarification with a noticed hearing date of May 30, 2008. The court sua sponte strikes the Motion for Clarification and vacates the hearing date because default was entered against Anesta March 20, 2008. Anesta cannot appear in this action until default is set aside. Fed.R.Civ.P. 55(c). Consequently, the Clerk of Court is instructed to strike the Motion for Clarification (Docket No. 26) from the record without prejudice, subject to a further showing that default has been set aside. The court also vacates the noticed hearing date on the Motion for Clarification.

**IT IS SO ORDERED.**

DATED: May 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge