# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PAGE<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>ANN BANKS; CHRISTOPHER GREEN;<br>and ANESTA WEB CORPORATION<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07cv2254 JM(BLM)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

On October 29, 2007 Plaintiff commenced this patent infringement action seeking injunctive relief. Other than a status conference conducted by this court in March 2008, the docket reflects no case related activity. The court issues this Order to Show Cause Why the Case Should Not Be Dismissed ("OSC") because (1) Plaintiff has failed to effectuate timely service of process pursuant to Fed.R.Civ.P. 4 and (2) Plaintiff has failed to prosecute this action within the meaning of Fed.R.Civ.P. 41 and Civil Local Rule 41.1. The OSC is calendared for September 12, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: September 4, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　　　　07cv2254